**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

TARABEN ASHVINKUMAR PATEL, and
ASHVINKUMAR UMEDBHAI PATEL,

Plaintiffs,

v.

CASE NO.: 1:26-CV-00030-WLS

JOSEPH EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services, *et al.*,

Defendants.

**ORDER**

On July 24, 2026, the Court granted a second joint motion for extension of time for the Defendants to answer. (Doc. 11.) Defendants' deadline to a file a pleading responsive to Plaintiffs' complaint was thus extended to Monday, September 21, 2026.

The Court notes that the deadline has passed without Defendants having filed a responsive pleading. Plaintiffs may therefore take whatever steps they deem appropriate to prosecute their case.

**SO ORDERED**, this 6th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**